

IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

1823940

DEBTOR(S):

Pamela Jackson

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 8 IN THE AMOUNT OF $313.56

CREDITOR'S SIGNATURE:

/s/ LeoAnn Shannon

CREDITOR CONTACT INFO:

LVNV Funding, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

12/11/2018