**UNITED STATES BANKRUPTCY COURT**
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, Pennsylvania 15219-2801
Telephone: (412) 644-4052

Michael R. Rhodes
CLERK OF COURT

December 18, 2019

Richard Postiglione, Esq.
FRIEDMAN VARTOLO LLP
Attorneys for Planet Home Lending LLC
Friedman Vartolo LLP
1325 Franklin Avenue, Suite 230
Garden City, New York 11530

Re: *In re Pamela L. Jackson;* Case No. 18-23940-CMB

Dear Mr. Postiglione,

The Bankruptcy Court received your letter dated December 13, 2019 addressed to Chief Judge Carlota M. Böhm concerning the above-referenced case. Your letter has been docketed and made a part of the official record in this case.

Please be advised that the Bankruptcy Court cannot consider a request for relief based on a letter delivered to the Court. Any request for relief must be filed in compliance with the United States Bankruptcy Code and the Federal Rules of Bankruptcy Procedure. Moreover, the Clerk of Court cannot provide legal advice. Furthermore, pursuant to *W.PA.LBR 5005-1*, it is mandatory in this District for attorneys to utilize electronic filing using the Court's Case management/Electronic Case Files System (the "CM/ECF System") and violators of this Local Bankruptcy Rule are to be sanctioned in the amount of $150.00 per paper filing.

Information about the docket for this case may be obtained during regular office hours at the public kiosks located at the Bankruptcy Court. Docket information also may be obtained electronically through the Public Access to Court Electronic Records service found at http://www.pacer.gov.

Sincerely,
MICHAEL R. RHODES, CLERK

By: _____
John F. Kroto, Chief Deputy



**FRIEDMAN VARTOLO**
—— L L P ——

85 Broad St., Suite 501, New York, New York 10004
t: 212.471.5100  f:212.471.5150
friedmanvartolo.com

December 13, 2019

Hon. Carlota M. Bohm
United States Bankruptcy Court
Western District of Pennsylvania
U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

**Re: Pamela L. Jackson Case No.: 18-23940-CMB**

Dear Chief Judge Bohm:

Our office represents Planet Home Lending, LLC as servicer for Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust V-C, a secured creditor of the above referenced Debtor. Please be advised that the Notice of Payment Change filed on November 14, 2019 under Claim # 9-1 is hereby withdrawn.

Should you have any questions concerning the foregoing, please do not hesitate to contact the undersigned.

Respectfully submitted,

By: /s/ Richard Postiglione

Richard Postiglione, Esq.
FRIEDMAN VARTOLO LLP
Attorneys for Planet Home Lending LLC
Friedman Vartolo LLP
1325 Franklin Avenue, Suite 230
Garden City, New York 11530
T: (212) 471-5100
F: (212) 471-5150

cc:
*Pamela L. Jackson, 136 Dogwood Drive Pittsburgh, PA 15235-3810*
*Anthony M. Moody, Moody Law Offices, 90 West Chestnut, Suite 603, Washington, PA 15301-4524*
*Ronda J. Winnecour, Suite 3250, USX Tower, 600 Grant Street Pittsburgh, PA 15219*
*Office of the United States Trustee, Liberty Center, 1001 Liberty Avenue, Suite 970 Pittsburgh, PA 15222*

NEOPOST
12/13/2019
US POSTAGE $000.50⁰
FIRST-CLASS MAIL
ZIP 11530
041M11298510

RECEIVED
AKO
DEC. 17 2019

Hon. Carlota M. Bohm
United States Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

FRIEDMAN VARTOLO
LLP
1325 FRANKLIN AVE, STE. 230
GARDEN CITY, NY 11530