**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>PAMELA L. JACKSON<br><br>   Debtor(s)<br><br>Ronda J. Winnecour<br><br>   Movant<br> vs.<br><br>PLANET HOME LENDING LLC<br>   Respondent(s) | Case No. 18-23940CMB<br><br>Chapter 13<br><br>Document No.___ |

### INTERIM NOTICE OF CURE OF ARREARS

  Chapter 13 Trustee Ronda J. Winnecour gives notice to the holder(s) of claims secured by a security interest in the debtor's principal residence, i.e. the Respondent(s) named above, that the amount required to cure the **prepetition** default has been paid in full. This notice does not replace the notice required by Bankruptcy Rule 3001(f), which will be filed and served by the Trustee after the debtors have completed all payments required under the plan.

  The holders of a claim secured by a security interest in the debtor's principal residence are requested to notify the debtor, debtor's counsel and the Trustee if the creditor does not agree that the debtor has paid in full the amount required to cure the **prepetition** default on the claim. The statement should itemize the required cure, excluding postpetition amounts due, if any, that the holder contends remain unpaid as of the date of the statement.

Trustee Record Number - 12
Court Claim Number - 9

11/16/2021

                /s/   Ronda J. Winnecour
                RONDA J WINNECOUR PA ID #30399
                CHAPTER 13 TRUSTEE WD PA
                600 GRANT STREET
                SUITE 3250 US STEEL TWR
                PITTSBURGH, PA  15219
                (412) 471-5566
                cmecf@chapter13trusteewdpa.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
PAMELA L. JACKSON

Debtor(s)

Ronda J. Winnecour

Movant

vs.

PLANET HOME LENDING LLC

Respondent(s)

Case No.:18-23940CMB

Chapter 13

Document No.___

**CERTIFICATE OF SERVICE**

I hereby certify that on the date shown below, I served a true and correct copy of Interim Notice of Cure of Arrears upon the following, by regular United States mail, postage prepaid, addressed as follows:

PAMELA L. JACKSON, 136 DOGWOOD DRIVE, PITTSBURGH, PA  15235-3810

ANTHONY M MOODY ESQ, MOODY LAW OFFICES PC, 90 WEST CHESTNUT ST - STE 603, WASHINGTON, PA  15301

PLANET HOME LENDING LLC, 321 RESEARCH PARKWAY SE 303, MERIDEN, CT  06450

RICHARD POSTIGLIONE ESQ, FRIEDMAN VARTOLO LLP, 85 BROAD ST STE 501, NEW YORK, NY  10004

11/16/2021

/s/ Roberta Saunier
Administrative Assistant
Office of the Chapter 13 Trustee
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com