**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Pamela L. Jackson aka Pamela Charley | § | CASE NO. 18-23940-CMB |
| Jackson aka Pamela Charley-Darksin | § | |
| | § | CHAPTER 13 |
| Debtors. | § | |
| | § | |

**RESPONSE TO INTERIM NOTICE OF CURE OF ARREARS**

TO THE HONORABLE JUDGE CARLOTA M. BOHM:

COMES NOW, Wilmington Savings Fund Society, FSB, as owner Trustee of the Residential Credit Opportunities Trust V-C (the "Creditor"), hereby files its Response to the Interim Notice of Cure of Arrears (the "Notice") filed on November 16, 2021 (Doc 44), and responds as follows:

**PRE-PETITION MORTGAGE ARREARAGE**

1.    The Creditor states that its pre-petition arrearage claim (Claim #9-1 filed 12.13.18) has been satisfied by the trustee payments. The amount of $6,389.56 was paid by the Trustee.

Respectfully submitted.

_/s/ Elizabeth K. Holdren_____
Attorney for Wilmington Savings Fund
Society, FSB, as owner Trustee of the
Residential Credit Opportunities Trust V-C

{09908157; 1}

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Response was served on the persons listed below, in the manner listed below on  March 16, 2022.

*/s/ Elizabeth K. Holdren*_____

Via Pre-Paid U.S. Mail:

Pamela L. Jackson
136 Dogwood Drive
Pittsburgh, PA 15235
***Debtor***

Via ECF:

Anthony M. Moody
Moody Law Offices
90 West Chestnut Ste 603
Washington, PA 15301-4524
***Debtor's Attorney***

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
***Trustee***

{09908157; 1}