UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>PAMELA L. JACKSON | Case No. 18-23940CMB |
| Debtor(s)<br>Ronda J. Winnecour, Trustee<br>Movant<br>vs.<br>PAMELA L. JACKSON | Chapter 13<br><br>Document No. 47 |
| Respondents | |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this ___7th___ day of ___June___, 20_22_, it is hereby ORDERED, ADJUDGED, and DECREED that

Childrens Hospital Of Pgh
Attn: Payroll Manager
4401 Penn Ave
Pittsburgh, PA 15224

is hereby ordered to immediately terminate the attachment of the wages of PAMELA L. JACKSON, social security number XXX-XX-4074. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of PAMELA L. JACKSO

BY THE COURT:

_Carlota M. Böhm_
**dmk**
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
   Debtor(s) Attorney
   Debtor(s) Employer

FILED
6/7/22 9:13 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-23940-CMB |
| Pamela L. Jackson | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jun 07, 2022 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Pamela L. Jackson, 136 Dogwood Drive, Pittsburgh, PA 15235-3810 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2022          Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony M. Moody | on behalf of Debtor Pamela L. Jackson amoody@moodylawoffices.com moodyar81455@notify.bestcase.com |
| Brian Nicholas | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company bnicholas@kmllawgroup.com |
| Elizabeth K. Holdren | on behalf of Creditor Planet Home Lending LLC as servicer for Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust V-C eholdren@hillwallack.com, eholdren@ecf.courtdrive.com;hwbknj@hillwallack.com |
| Jennifer L. Cerce | on behalf of Creditor Penn Hills School District jlc@mbm-law.net |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 8