**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>PAMELA L. JACKSON<br><br>       Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>       Movant<br>       vs.<br>No Respondents. | Case No.:18-23940<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

July 26, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/05/2018 and confirmed on 11/16/18. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 59,270.00 |
| Less Refunds to Debtor | 2,342.22 | |
| TOTAL AMOUNT OF PLAN FUND | | 56,927.78 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,484.00 | |
|   Trustee Fee | 2,667.45 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,151.45 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PLANET HOME LENDING LLC<br>    Acct: 7519 | 0.00 | 24,686.44 | 0.00 | 24,686.44 |
|   PLANET HOME LENDING LLC<br>    Acct: 7519 | 6,389.56 | 6,389.56 | 0.00 | 6,389.56 |
|   CAPITAL ONE AUTO FINANCE - DIV CAPIT<br>    Acct: 5301 | 14,225.00 | 14,225.00 | 1,203.06 | 15,428.06 |
| | | | | 46,504.06 |
| **Priority** | | | | |
|   ANTHONY M MOODY ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   PAMELA L. JACKSON<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   PAMELA L. JACKSON<br>    Acct: | 1,220.00 | 1,220.00 | 0.00 | 0.00 |
|   PAMELA L. JACKSON<br>    Acct: | 1,122.22 | 1,122.22 | 0.00 | 0.00 |
|   MOODY LAW OFFICES PC<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   ANTHONY M MOODY ESQ<br>    Acct: | 2,484.00 | 2,484.00 | 0.00 | 0.00 |
|   CLERK, U S BANKRUPTCY COURT<br>    Acct: XXXXXXX0CMB | 310.00 | 310.00 | 0.00 | 310.00 |
| | | | | 310.00 |
| **Unsecured** | | | | |
|   NAVIENT SOLUTIONS LLC O/B/O ASCEND<br>    Acct: 4074 | 0.00 | 1,125.00 | 0.00 | 1,125.00 |
|   CAPITAL ONE BANK (USA) NA BY AMERIC<br>    Acct: 2285 | 449.37 | 449.37 | 0.00 | 449.37 |
|   DUQUESNE LIGHT COMPANY*<br>    Acct: 7728 | 776.20 | 776.20 | 0.00 | 776.20 |
|   CAPITAL ONE AUTO FINANCE - DIV CAPIT<br>    Acct: 5301 | 1,739.51 | 1,739.51 | 0.00 | 1,739.51 |
|   LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |

18-23940                                                                                                  Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 4493 | | | | |
|     VERIZON BY AMERICAN INFOSOURCE LP | 307.96 | 307.96 | 0.00 | 307.96 |
| Acct: 0001 | | | | |
|     VERIZON BY AMERICAN INFOSOURCE LP | 256.53 | 256.53 | 0.00 | 256.53 |
| Acct: 0001 | | | | |
|     UPMC HEALTH SERVICES | 307.70 | 307.70 | 0.00 | 307.70 |
| Acct: 4074 | | | | |
|     NAVIENT SOLUTIONS LLC O/B/O ASCEND | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4074 | | | | |
|     KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|     AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|     BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|     JENNIFER L CERCE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|     GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 4,962.27 |
| **TOTAL PAID TO CREDITORS** | | | | 51,776.33 |

TOTAL CLAIMED
PRIORITY            310.00
SECURED         20,614.56
UNSECURED        3,837.27

Date: 07/26/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    PAMELA L. JACKSON

          Debtor(s)

  Ronda J. Winnecour
        Movant
        vs.
  No Repondents.

Case No.:18-23940

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 18-23940-CMB
Pamela L. Jackson Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3
Date Rcvd: Jul 27, 2022     Form ID: pdf900     Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Pamela L. Jackson, 136 Dogwood Drive, Pittsburgh, PA 15235-3810 |
| cr | + | Planet Home Lending, LLC as servicer for Wilmingto, Friedman Vartolo, LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| 14926936 | | Bayview Financial Loan Servicing, PO Box 650091, Dallas, TX 75265-0091 |
| 14926940 | | KML Law Group, P.C., Suite 5000, BNY Market Street, Philadelphia, PA 19106 |
| 14937717 | + | Penn Hills School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 27 2022 23:58:23 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 27 2022 23:57:58 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jul 27 2022 23:50:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14964573 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jul 27 2022 23:50:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1839 |
| 14926937 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jul 27 2022 23:50:00 | Bayview Loan Servicing, LLC, Attn: Customer Service, 4425 Ponce de Leon Blvd., 5th Floor, Miami, FL 33146-1839 |
| 14926938 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jul 27 2022 23:58:13 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 14928813 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 27 2022 23:58:08 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 14944472 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 27 2022 23:58:21 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14926939 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 27 2022 23:57:53 | Capital One Bankruptcy Dept., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14961502 | + | Email/Text: kburkley@bernsteinlaw.com | Jul 27 2022 23:51:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14962509 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 27 2022 23:57:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14926941 | | Email/PDF: pa_dc_claims@navient.com | Jul 27 2022 23:58:23 | Navient, PO Box 13612, Philadelphia, PA 19101-3612 |
| 15012490 | + | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | | |

Case 18-23940-CMB   Doc 54   Filed 07/29/22   Entered 07/30/22 00:28:23   Desc Imaged
Certificate of Notice   Page 6 of 7

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 27, 2022 | Form ID: pdf900 | Total Noticed: 22 |

| | | | | |
|---|---|---|---|---|
| | | | Jul 27 2022 23:50:00 | Navient Solutions, LLC on behalf of, Ascendium Education Solutions, Inc., PO Box 8961, Madison, WI 53708-8961 |
| 14945030 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | | |
| | | | Jul 27 2022 23:50:00 | Navient Solutions, LLC. on behalf of, United Student Aid Funds, Inc., GLHEC and Affiliates, PO BOX 8961, Madison, WI 53708-8961 |
| 14987976 | ^ | MEBN | | |
| | | | Jul 27 2022 23:47:35 | Planet Home Lending, LLC, 321 Research Parkway, Suite 303, Meriden, CT 06450-8342 |
| 14956543 | ^ | MEBN | | |
| | | | Jul 27 2022 23:48:33 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14958042 | | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Jul 27 2022 23:58:25 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 17

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bayview Loan Servicing, LLC, a Delaware Limited Li |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Penn Hills School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| cr | *+ | Planet Home Lending, LLC., 321 Research Parkway, Suite 303, Meriden, CT 06450-8342 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2022         Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anthony M. Moody | on behalf of Debtor Pamela L. Jackson amoody@moodylawoffices.com moodyar81455@notify.bestcase.com |
| Brian Nicholas | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company bnicholas@kmllawgroup.com |
| Elizabeth K. Holdren | on behalf of Creditor Planet Home Lending  LLC as servicer for Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust V-C eholdren@hillwallack.com, eholdren@ecf.courtdrive.com;hwbknj@hillwallack.com |
| Jennifer L. Cerce | on behalf of Creditor Penn Hills School District jlc@mbm-law.net |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Lauren Moyer | on behalf of Creditor Planet Home Lending  LLC as servicer for Wilmington Savings Fund Society, FSB, as Owner Trustee of the |

| | |
|---|---|
| | Residential Credit Opportunities Trust V-C lmoyer@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 9